IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SMART COMMUNICATIONS HOLDING, INC.**<br><br>　　　Plaintiff,<br>　v.<br>**VENDENGINE, INC.**<br>　　　Defendant. | Civil Action No. 3:21-cv-00053<br><br>Judge Campbell<br>Magistrate Judge Frensley<br><br>JURY DEMANDED |

## DEFENDANT'S MOTION TO SEAL

Pursuant to Local Rule 5.03, VendEngine, Inc. ("Defendant") moves to file the Non-Disclosure Agreement ("NDA") executed between the Parties to this lawsuit, attached as Exhibit A to the Schlehuber Declaration in Support of Defendant's Memorandum of Law in Support of Its Motion to Dismiss Pursuant to Rule 12(b)(6). Defendant further moves to seal Defendant's Memorandum as it extensively cites the NDA.

Defendant respectfully moves for leave to file the NDA and quoted excerpts under seal as Parties agreed in the NDA that the terms of the NDA should be kept confidential. Defendant does not request restriction of public access to this NDA but files this motion pursuant to Local Rule 5.03(b) to provide Plaintiff an opportunity to present the Court with any reason(s) it believes the NDA should be kept under seal, should it wish to do so.

Dated: January 29, 2021                    Respectfully submitted,

/s/ W. Edward Ramage
W. Edward Ramage (016261)
Anthony F. Schlehuber (037334)
Baker Donelson Bearman, Caldwell
   & Berkowitz PC
211 Commerce Street, Suite 800
Nashville, TN 37201
T: (615) 726-5600
F: (615) 744-5771
eramage@bakerdonelson.com
aschlehuber@bakerdonelson.com

*Attorneys for VendEngine, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed using the Court's ECF System, and should be served upon the following counsel of record by ECF notice on January 29, 2021.

Gregory S. Reynolds (18204)
Keane A. Barger (33196)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
greynolds@rwjplc.com
kbarger@rwjplc.com

Katrina M. Quicker
Baker & Hostetler LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
kquicker@bakerlaw.com

Kevin P. Flynn
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Telephone:    (513) 929-3400
Facsimile:    (513) 929-0303
kflynn@bakerlaw.com

*Attorneys for Smart Communications Holding, Inc.*

/s/ W. Edward Ramage

W. Edward Ramage
