# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SMART COMMUNICATIONS HOLDING, Inc. ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:21-cv-00053 |
| ) | |
| v. ) | Judge Richardson |
| ) | Magistrate Judge Frensley |
| VENDENGINE, INC., ) | |
| ) | JURY DEMAND |
| Defendant. ) | |

## RESPONSE TO DEFENDANT'S MOTION TO SEAL

In response to Defendant's Motion to Seal (Doc. 9) and pursuant to the Court's March 26, 2021 Order (Doc. 24), Plaintiff does ***not*** contend that that the documents referenced in Defendant's Motion should remain under seal.

Respectfully submitted,

s/ Keane A. Barger
Gregory S. Reynolds (18204)
Keane A. Barger (33196)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 (facsimile)
greynolds@rwjplc.com
kbarger@rwjplc.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing will be served upon the following via the Court's EM/CMF system:

W. Edward Ramage
Anthony Schlehuber
BAKER DONELSON BEARMAN,
 CALDWELL & BERKOWITZ PC
211 Commerce Street, Suite 800
Nashville, TN 37201
eramage@bakerdonelson.com
aschlehuber@bakerdonelson.com
*Attorneys for Defendant*

on this the 31st day of March 2021.

                s/ Keane A. Barger