IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SMART COMMUNICATIONS HOLDING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:21-cv-00053 |
| | ) | JUDGE RICHARDSON |
| v. | ) | |
| | ) | |
| VENDENGINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In light of Plaintiff's response (Doc. No. 25) to Defendant's Motion to Seal (Doc. No. 9) and Defendant's indication that is does not request restriction of public access to the document (*see* Doc. No. 9 at 1), Defendant's Motion to Seal (Doc. No. 9) is **DENIED**, and the Clerk shall unseal Doc. No. 10.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE